IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.         Case No.   5:17-cr-50040-001

ALLEN KENTROY STEVENS                                                                   DEFENDANT

## ORDER

Defendant has filed a Motion (ECF No. 52) asking for clarification of the amount he currently owes as a result of the judgment (ECF No. 38) entered in this case.  Specifically, Defendant was ordered to pay a $200 special assessment and a fine in the amount of $2400.  He maintains a lien has been placed on his commissary account for the amount of $2470.  Defendant argues this amount does not give him credit for the last two payments of $25 each.  Defendant is correct.

The Motion (ECF No. 52) for clarification is **GRANTED.**  The Court has verified that the current amount owed is $2420.  *See* Exhibit 1.  The **Clerk** is directed to send a copy of this Order to J. Graham, Counselor, United States Penitentiary—Thomson, 1100 One Mile Road, Thomson, IL 61285.

IT IS SO ORDERED this 27th day of July 2021.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE